**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Trey Lentz
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

John Murphy 3rd, ESQ.
_____

RECEIVED

NOV 17 2023

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. Do the same for any additional  plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name    Trey Lentz
Street Address    1 waterworks Rd.
County, City    Monmouth county, Freehold
State & Zip Code    New Jersey 07728
Telephone Number    732-298-2077

IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Mental distress suffering, I required and recieved medication.

V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Im requesting the courts remove this attorney from my case and suspend and/or terminate his law practice liscense.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 14 day of November , 20 23 .


Signature of Plaintiff _Trey Leutz_
Mailing Address 1 waterworks Rd.
Freehold NJ 07728

Telephone Number 732-298-2077
Fax Number *(if you have one)* N/A
E-mail Address N/A


Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.


Signature of Plaintiff: _Trey Leutz_

11-14-23

Trey Lentz V. John Murphy III ESQ

Question III subsection C. Attachment

Facts: Pool Attorney John Murphy filed a brief on my behalf, in opposition to the prosecutor's brief where their attempting to Justify their Search and seizure. In John Murphy 5 page breif he attempts to help the prosecutor's conceal the fact the stop wasnt individualized as demanded by the 4th amend. also help conceal the fact the MV stop was based solely on the arresting officer's reliance on a drug courier profile alone which is prohibited by our courts in Reid V Georgi The defense we planned went disregarded, and John Murphy filed a brief in direct opposition to the defendant's objective. John Murphy brief only aids the prosecutor's assumption the area was "High Crime". The prosecutor provided no evidence the area was high crime

11-14-23

Trey Lentz V. John Murphy III ESQ

Question III subsection C. Attachment

Facts: Pool Attorney John Murphy filed a brief on my behalf, in opposition to the prosecutor's brief where their attempting to Justify their Search and Seizure. In John Murphy 5 page breif he attempts to help the prosecutor's Conceal the fact the stop wasnt individualized as demanded by the 4th amend. also help conceal the fact the MV stop was based solely on the arresting officer's reliance on a drug courier profile alone which is prohibited by our courts in Reid V Georgi The defense we planned went disregarded, and John Murphy filed a brief in direct opposition to the defendant's objective. John Murphy brief only aids the prosecutor's assumption the area was "High Crime". The prosecutor provided no evidence the area was high crime.

11-14-23

Trey Lentz V. John Murphy III ESQ

Question III subsection C. Attachment

Facts: Pool Attorney John Murphy filed a brief on my behalf, in opposition to the prosecutor's brief where their attempting to Justify their Search and seizure. In John Murphy 5 page breif he attempts to help the prosecutor's Conceal the fact the stop wasnt individualized as demanded by the 4th amend. also help conceal the fact the MV stop was based solely on the arresting officer's reliance on a drug courier profile alone which is prohibited by our courts in Reid V Georgi The defense we planned went disregarded, and John Murphy filed a brief in direct opposition to the defendant's objective. John Murphy brief only aids the prosecutor's assumption the area was "High Crime". The prosecutor provided no evidence the area was

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name __John Murphy III__

Street Address __7 Broad St.__

County, City __Monmouth county, freehold__

State & Zip Code __New Jersey 07728__

Defendant No. 2

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions          ☐ Diversity of Citizenship

☐ U.S. Government Plaintiff    ☐ U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

_____

_____

- 2 -

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __N/A__

Defendant(s) state(s) of citizenship __N/A__

**III.  Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? __Monmouth County Courthouse.__

B.  What date and approximate time did the events giving rise to your claim(s) occur? __August 7th 2023 approx. 10:00 a.m__

| What happened to you? |

C.  Facts: __(See Attachment)__

| Who did what? |

| Was anyone else involved? |

| Who else saw what happened? |

- 3 -